UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS AKAAZUA,

    Plaintiff,

v.

WALKER NOVAK LEGAL
GROUP, LLC, et al.,

    Defendants.
_____/

Case No. 1:19-cv-31

HON. JANET T. NEFF

## **ORDER**

This is a civil action involving a *pro se* litigant. Plaintiff filed a motion for temporary restraining order. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 23, 2019, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 13) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Temporary Restraining Order (ECF No. 1) is DENIED.

Dated: February 12, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge