UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS AKAAZUA,

      Plaintiff,                                 Hon. Janet T. Neff

v.                                                  Case No. 1:19-cv-31

WALKER NOVAK
LEGAL GROUP, et al.,

      Defendants.
_____/

## REPORT AND RECOMMENDATION

This action arises out of the foreclosure and sale of certain real property. On or about December 11, 2018, Plaintiff initiated an action in state court against seven entities. On January 14, 2019, the matter was removed to this Court. Plaintiff has failed, however, to effect service on the following Defendants: (1) Home Loan Corporation; (2) All State Mortgage; and (3) TM Property Solutions LLC. Pursuant to 28 U.S.C. § 636(b)(1)(B), the undersigned recommends that Plaintiff's claims against these Defendants be **dismissed for failure to timely effect service**.

While Plaintiff initiated this action in state court, upon removal to this Court the Federal Rules of Civil Procedure must apply. *See* Fed. R. Civ. P. 81(c)(1). Federal Rule of Civil Procedure 4(c) indicates that "[a] summons must be served with a copy of the complaint." The time frame within which service must be effected is articulated in Rule 4(m), which provides that if service of the summons and complaint is not made upon a defendant within 90 days after the filing of the complaint, "the court - on motion or on its own initiative after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *See*

*also*, *Abel v. Harp*, 122 Fed. Appx. 248, 250 (6th Cir., Feb. 16, 2005) ("[a]bsent a showing of good cause to justify a failure to effect timely service, the Federal Rules of Civil Procedure *compel* dismissal") (emphasis added).

### **CONCLUSION**

This matter was removed to this Court on January 14, 2019. More than six months have passed and Plaintiff has still failed to effect service on the three entities identified above. Plaintiff has not requested an extension of time to effect service on these Defendants nor does the Court discern good cause to grant any such extension. Considering Plaintiff's lack of diligence, the undersigned recommends that Plaintiff's claims against Defendants (1) Home Loan Corporation; (2) All State Mortgage; and (3) TM Property Solutions LLC be **dismissed without prejudice for failure to timely effect service**.

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

Respectfully submitted,

Dated: August 14, 2019        /s/ Ellen S. Carmody
                              ELLEN S. CARMODY
                              U.S. Magistrate Judge